```
             UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**National Pasturized Eggs, LLC**

    **v.**                                    Case No. 07-cv-103-PB

**L. John Davidson**


### O R D E R

I recuse myself from presiding over this case and direct the clerk to assign the case to a different judge.

SO ORDERED.

                                              /s/Paul Barbadoro  
                                            Paul Barbadoro  
                                            United States District Judge

January 19, 2010

cc:  Paul Bordeau, Esq.  
     Peter G. Callaghan, Esq.  
     D. William Toone, Esq.