UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>National Pasteurized Eggs, LLC</u>,
    Plaintiff

    v.                                    Case No. 07-cv-103-SM

<u>L. John Davidson</u>,
    Defendant

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

February 18, 2010

cc:  D. William Toone, Esq.
    Peter G. Callaghan, Esq.
    Paul C. Bordeau, Esq.