UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>National Pasteurized Egg</u>

    v.                      Civil No. 07-cv-00103-JL

<u>L. John Davidson</u>


**PROCEDURAL ORDER**


    The bench trial in this matter will commence **April 18, 2011 at 9:00 a.m.** in Courtroom 2.  On or before **March 18, 2011**, each party shall file:

    A.    The materials required by Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16.2(a);

    B.    The trial memorandum (not to exceed 25 pages) and request for findings of fact and rulings of law required by Local Rule 16.2(b)(2);

    C.    Any motions in limine (keeping in mind that the case will be tried without a jury);

    D.    A joint statement of agreed-upon facts; and

    E.    A joint timeline of significant events setting forth all pertinent dates, times, and events, **in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the timeline).**

On or before **April 1, 2011,** each party shall file any objections to the other side's final pretrial materials, as provided by Rule 26(a)(3)(B) and Local Rule 16.2(d).  The final pretrial conference in this matter shall take place on **April 6, 2011, at 10:00 a.m.,** in Courtroom 2.

**SO ORDERED.**

/s/ Joe Laplante
Joseph N. Laplante
United States District Judge

Dated:  February 10, 2011

cc:  D. William Toone, Esq.
     Peter G. Callaghan, Esq.
     L. John Davidson, pro se