```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

National Pasteurized Egg

    v.                        Civil No. 07-cv-00103-JL

L. John Davidson

### PROCEDURAL ORDER

The bench trial in this matter will commence **July 18, 2011 at 9:00 a.m.** in Courtroom 2.  On or before **June 20, 2011,** each party shall file:

    A.   The materials required by Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16.2(a);

    B.   The trial memorandum (not to exceed 25 pages) and request for findings of fact and rulings of law required by Local Rule 16.2(b)(2);

    C.   Any motions in limine (keeping in mind that the case will be tried without a jury);

    D.   A joint statement of agreed-upon facts; and

    E.   A joint timeline of significant events setting forth all pertinent dates, times, and events, **in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the timeline).**

F.  **Davidson shall be permitted to take the deposition of D. William Toone at a mutually agreeable time**.

On or before **July 1, 2011,** each party shall file any objections to the other side's final pretrial materials, as provided by Rule 26(a)(3)(B) and Local Rule 16.2(d).  The final pretrial conference in this matter shall take place on **July 12, 2011, at 10:00 a.m.,** in chambers.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  April 12, 2011

cc:  D. William Toone, Esq.
     Peter G. Callaghan, Esq.
     David M. Bownes, Esq.