UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>National Pasteurized Eggs, LLC</u>

      v.                                                   Civil No. 07-cv-103-JL

<u>L. John Davidson</u>

## **J U D G M E N T**

In accordance with the orders dated January 14, 2011 and December 15, 2011 by District Judge Joseph N. Laplante, judgment is hereby entered in favor of the Plaintiff.


                                                      By the Court,


                                                  <u>*/s/ James R. Starr*</u>
                                                  James R. Starr, Clerk

December 21, 2011

Peter G. Callaghan, Esq.
Adam Taylor Rick, Esq.
Paul C. Bordeau, Esq.
David H. Bownes, Esq.