UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * *
*                                               *
*      National Pasteurized Egg, LLC            *
*                                               *
*                    v.                         *       Civil No. 07-103-JL
*                                               *
*              L. John Davidson                 *
*                                               *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**NOTICE OF APPEAL**

Notice is hereby given that L. John Davidson, defendant in the above named case, hereby appeals to the United States Court of Appeals for the 1st Circuit from the Final Judgment and from an Order Denying his Motion to Alter Judgment entered in this action on 3/2/12.

> Respectfully Submitted,
> L. John Davidson,
> By his Attorney,
>
> **LAW OFFICE OF DAVID H. BOWNES, P.C.**

Dated:  March 30, 2012            /S/  David H. Bownes, Esq.
> David H. Bownes, Esq.
> NH Bar No.: 277
> 20 Canal Street
> Laconia, NH 03246
> (603) 524-4330
> office@dhblaw.net

**CERTIFICATION**

I hereby certify that on this 30th day of March, 2012, that a copy of the foregoing Notice of Appeal has been forwarded to Peter Callaghan, Esq., Preti, Flaherty, Beliveau & Pachios, LLP, via ECF.

> /S/  David H. Bownes
> David H. Bownes, Esq.