UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>National Pasteurized Eggs, LLC</u>
        v.                                                  Civil No. 07-cv-103-JL

<u>L. John Davidson</u>

CLERK'S CERTIFICATE TO
<u>FEDERAL CIRCUIT COURT OF APPEALS</u>

     I, Charli Pappas, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the Federal Circuit Court of Appeals to constitute the record on appeal:

     Copy of Notice of Appeal and copy of Document # (161), Order Denying (151) Motion for Reconsideration to Alter Judgment.

     Attached hereto is also a certified copy of the docket entries.


                                          IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord,

                                          **JAMES R. STARR**, Clerk

                                            **By: /s/ Charli M. Pappas, Deputy Clerk**
                                                      **Apr 05, 2012**

cc:    Peter G. Callaghan, Esq.
        Adam Taylor Rick, Esq.
        Paul C. Bordeau, Esq,
        David Bownes, Esq.

        Federal Circuit Court of Appeals
        717 Madison Place, NW, Room 401
        Washington, DC 20439