UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>National Pasteurized Eggs, LLC</u>

      v.                                                    Civil No. 07-cv-103-JL

<u>L. John Davidson</u>

### CLERK'S AMENDED AND SUPPLEMENTAL CERTIFICATE TO FEDERAL CIRCUIT COURT OF APPEALS

      I, Charli Pappas, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the Federal Circuit Court of Appeals:

DOCUMENTS NUMBERED:   157 – Judgment.
                                            159 and 160 Motion for Reconsideration to Alter Judgment and objection thereto
                                            161, Order Denying (159) Motion for Reconsideration
                                            162, Notice of Appeal
                                            163, Appeal Coversheet
                                            164, Clerk Certificate (Original had a typo)

      Certificate with copy of all documents listed above re-mailed via UPS 5/1/12

      The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

                                                       IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, May 1, 2012

                                                       **JAMES R. STARR**, Clerk

                                                       **By: /s/ Charli M. Pappas, Deputy Clerk**
                                                       **May 01, 2012**

cc: Peter G. Callaghan, Esq.
    Adam Taylor Rick, Esq.
    Paul C. Bordeau, Esq,
    David Bownes, Esq.

Federal Circuit Court of Appeals
717 Madison Place, NW, Room 401
Washington, DC 20439